138809

# UNITED STATES DISTRICT COURT

## District of Minnesota

Case Number: CV-01-1729 DWF/AJB

### PETITION FOR ADMISSION PRO HAC VICE

#### Affidavit of Movant

I, Jennifer K. Sustacek, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this court admit pro hac vice Aaron M. Levine, an attorney admitted to practice in the ____________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Stacy Dobbelmann in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s), and that I accept service of all papers served.

RECEIVED BY MAIL

DEC 11 2001

CLERK US DIST COURT ST. PAUL, MN

12/4/01 (Date) [signature] (Signature)

Minnesota Attorney License Number: 251598

Law Firm: Zimmerman Reed, P.L.L.P.
Suite/Bldg: Suite 501
Street Address: 651 Nicollet Mall
City State Zip: Minneapolis, MN 55402
Telephone: (612) 341-0400

#### Affidavit of Proposed Admittee

I, Aaron M. Levine, am currently a member in good standing of the U. S. District Court for the ____________ District of Columbia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: CV-01-1729 DWF/AJB Judge Assigned: Donovan W. Frank
Case Title: Stacy Dobbelmann v. Eli Lilly and Company

____________ (Date) Aaron M. Levine (Type/Print Name) [signature] (Signature)

[redacted] (Social Security No.) 7864 (Atty. License No.) 1960 (Date of Admission)

Law Firm: Aaron M. Levine & Associates
Suite/Bldg:
Street Address: 1320 Nineteenth Street N.W.
City State Zip: Washington, D.C. 20036
Telephone: (888) 868-5380

Motion Granted: For the Court, [signature] Francis E. Dosal, Clerk DEC 11 2001 Date

Note: The original of this form and the Pro Hac Vice admission fee of $5.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

| ( ) THIRD DIVISION: | ( ) FOURTH DIVISION | ( ) FIFTH DIVISION |
| --- | --- | --- |
| 708 Federal Bldg., | 514 U. S. Courthouse | 417 U. S. Courthouse |
| 316 N. Robert Street | 110 So. 4th Street | 515 W. 1st Street |
| St. Paul, MN. 55101 | Minneapolis, MN 55401 | Duluth, MN. 55802 |

DEC 11 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

B:\ATTORNEY\PHVPRIV.F