#254118

# UNITED STATES DISTRICT COURT
## District of Minnesota
## Clerk's Office, 700 Federal Building,
## 316 North Robert Street, St. Paul, MN 5501
## Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1729 DWF/AJB Case Title: Stacey Dobbelmann v. Eli Lilly and Company

**Affidavit of Movant**

I, Peter Goss, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David W. Brooks, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for Defendant Eli Lilly and Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature]
MN Attorney License #: 267910
Date: 12/17/01

**Affidavit of Proposed Admittee**

I, David W. Brooks, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

DAVID W. BROOKS
Type/Print Name

Signature: [signature]
Date: 11/15/01

Attorney License Number: 35077

Law Firm Name & Address: SHOOK, HARDY& BACON L.L.P.
1200 Main Street
Kansas City, Missouri 64105

Telephone: 816/474-6550

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: DEC 19 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

994665.1

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# 254117

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 5501**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1728 JUR/SRN Case Title: Linda Goldstein v. Eli Lilly and Company

**Affidavit of Movant**

I, Peter Goss, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John F. Kuckelman, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for defendant Eli Lilly and Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 267910 Date: 12/17/01

**Affidavit of Proposed Admittee**

I, John F. Kuckelman, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

John F. Kuckelman
Type/Print Name

Signature: [signature] Date: 11/12/01

Attorney License Number: 51553

Law Firm Name & Address:

Shook, Hardy & Bacon L.L.P.
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Telephone: 816-474-6550

Motion Granted: [signature] Date: DEC 19 2001
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

992488.1

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

#254117

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 5501**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1728 JUR/SRN Case Title: Linda Goldstein v. Eli Lilly and Company

**Affidavit of Movant**

I, Peter Goss, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mark C. Hegarty, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the defendant Eli Lilly and Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 267910 Date: 12/17/01

**Affidavit of Proposed Admittee**

I, Mark C. Hegarty, am currently a member in good standing of the U.S. District Court for the Western District if Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Mark C. Hegarty Signature: [signature] Date: 12/11/01

Attorney License Number: 40995

Law Firm Name & Address: Shook, Hardy & Bacon L.L.P.

1200 Main Street

Kansas City, Missouri 64105-2118

Telephone: (816) 474-6550

Motion Granted: [signature] Date: DEC 19 2001
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

992468.1

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK