IN THE UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STACEY DOBBELMANN,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. CV01-1729 DWF/AJB<br><br>Hon. Judge Donovan W. Frank<br>Magistrate Judge Arthur J. Boylan |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties having filed a Stipulation of Dismissal with Prejudice, and the Court being fully advised of the premises, it is hereby:

ORDERED, that plaintiff's claims in the above-captioned action are dismissed with prejudice, with all costs to be taxed to the individual parties incurring same.

SO ORDERED this 28th day of January, 2003.

United States District Court Judge

1184104.1

FILED JAN 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______